IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15cv209 TSE/TCJ |
| GEORGE MASON UNIVERSITY, BOARD OF VISITORS OF GEORGE MASON UNIVERSITY, BRENT ERICSON and JULIET BLANK-GODLOVE, | ) |
| Defendants. | ) |

[PROPOSED] ORDER GRANTING PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

Upon consideration of Plaintiff John Doe's Motion to Proceed Under Pseudonym and for Protective order, and any opposition thereto, it is this 23rd day of Feb, 2015 hereby ORDERED, that Plaintiff's motion is GRANTED; and it is further

ORDERED, that all parties shall use the pseudonym "John Doe" to refer to Plaintiff throughout the entirety of this lawsuit; and it is further

ORDERED, that all parties shall use the pseudonym "Jane Roe" throughout the entirety of this lawsuit to refer to the woman who accused Plaintiff in the underlying matter at the University; and it is further pursuant to a motion to TM/

ORDERED, that all documents and exhibits must be redacted or submitted under seal to the extent that they use John Doe or Jane Roe's real names or other identifying information; and it is further

ORDERED, that unredacted versions of documents and exhibits shall be submitted to chambers.

So **ORDERED**.

DATE: ___2/23/15___

/s/Thomas Rawles Jones, Jr.
_____
United States District Judge

THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA