IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE RECTOR AND VISITORS OF )<br>GEORGE MASON UNIVERSITY, *et al.*, )<br>    Defendants. )<br>) | Case No. 1:15-cv-209 |

## ORDER

The matter came before the Court on defendants' motion to dismiss the counts of plaintiff's Second Amended Complaint for failure to state a claim. (Doc. 29).

For good cause,

It is hereby **ORDERED** that defendants' motion to dismiss (Doc. 29) is **TAKEN UNDER ADVISEMENT**.

It is further **ORDERED** that the parties are **DIRECTED** to submit briefs of no more than 10 pages discussing whether plaintiff has adequately alleged a constitutionally protected liberty interest for purposes of his procedural due process claims (Counts I and III) by 5:00 p.m. on Friday, June 12, 2015.

It is further **ORDERED** that a hearing on this supplemental briefing is **SCHEDULED** for 10:00 a.m. on Friday, June 26, 2015.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 22, 2015

/s/
T. S. Ellis, III
United States District Judge