IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-209 |
| ) | |
| THE RECTOR AND VISITORS OF ) | |
| GEORGE MASON UNIVERSITY, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

The matter is before the Court on the parties' joint motion to reschedule the trial date (Doc. 69) and for the purpose of setting a briefing schedule for summary judgment.

For good cause,

It is hereby **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. The bench trial currently set to begin at 10:00 a.m. on Tuesday, January 19, 2016, is **CANCELED** and a further Order will issue setting a new trial date if appropriate following the resolution of the parties' motions for summary judgment.

It is further **ORDERED** that the parties are **DIRECTED** to comply with the following schedule for summary judgment motions:

- Motions for summary judgment and memoranda in support shall be filed by 5:00 p.m. on Friday, January 15, 2016.

- Memoranda in opposition shall be filed by 5:00 p.m. on Monday, January 25, 2016.

- Replies in support shall be filed by 5:00 p.m. on Friday, January 29, 2016.

- Argument on the motions shall be heard at 10:00 a.m. on Friday, February 5, 2016.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 22, 2015

/s/
T. S. Ellis, III
United States District Judge